CITY OF UTICA, Respondent, *v.* COUNTY OF HERKIMER et al., Appellants.

CITY OF UTICA, Respondent, *v.* COUNTY OF ONEIDA et al., Appellants.

CITY OF UTICA, Respondent, *v.* JOHN M. LEACH et al., Appellants.

*Argued October 25, 1945; decided November 29, 1945.*

*Leonard W. Burdick* and *Charles T. Severn* for Town of New Hartford, appellant.

*Francisco Penberthy* and *Milton D. Nelson* for Towns of Deerfield, Trenton and Marcy, appellants.

*Edmond J. Fitzgerald* for Village of Yorkville, appellant.

*Chester J. Winslow* for County of Herkimer, appellant.

*Pirnie Pritchard* for County of Oneida, appellant.

*Harold Hartness* for Town of Whitestown, appellant.

*James C. Bronner* for Town of Salisbury, appellant.

*Bartle Gorman* for respondent.

In each case, judgment affirmed, with costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.